No. 223. JAMES DUVAL ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF LOUISIANA. In error to the Supreme Court of the State of Louisiana. Argued October 18, 1915. Decided October 25, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Waters-Pierce Oil Co.* v. *Texas* (No. 2), 212 U. S. 112, 118; *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102; *Overton* v. *Oklahoma,* 235 U. S. 31; (2) *Northern Pacific Railroad* v. *Herbert,* 116 U. S. 642; *Hayes* v. *Missouri,* 120 U. S. 68; *Howard* v. *Kentucky,* 200 U. S. 164. *Mr. Edward N. Pugh* and *Mr.*

*Philip S. Pugh* for the plaintiffs in error. *Mr. R. G. Pleasant* and *Mr. Daniel Wendling* for the defendant in error.